Louis L. Cage, as Executor of Isaac Wiseman, Deceased, Respondent, *v.* Fannie Rosenberg, Appellant.

Argued March 24, 1937; decided April 27, 1937.

*Moses H. Rothman* and *Albert Wald* for appellant.

*Edwin R. Wolff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.